| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Oliver Jr., Solomon | 2. Court or Organization U.S. District Court | 3. Date of Report 9/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Chief District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address Carl B. Stokes US Court House 801 West Superior Avenue Cleveland, OH 44113-1838 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | College of Wooster |
| 2. Committee Member | National Conference of Bar Examiners, Multi-State Bar Exam Evidence Drafting Committee |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Future Ohio State Teacher's Retirement System pension based on 12 years of service at age 64 for an estimated $29,000 jt & surv. if I do not withdraw |
| 2. | |
| 3. | |

Oliver Jr., Solomon

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/12/2010 | Evidence Drafting Committee Multi-State Bar Examination Meeting | $3,000.00 |
| 2. 10/5/2010 | Evidence Drafting Committee Multi-State Bar Examination Meeting | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Heights Parent Center |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law School | 2/19-2/21 | Charlottsville, VA | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 2. | American Bar Association | 3/4-3/5 | New York, NY | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 3. | National Conference of Bar Examiners | 4/29-5/2 | Sante Fe, NM | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 4. | Just the Beginning Foundation | 9/30-10/2 | Atlanta, GA | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 5. | National Conference of Bar Examiners | 11/11-11/14 | St. Thomas, Virgin Islands | Activity of prof. org. | Travel, lodging, food in conjunction with program |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories (X) | A | Dividend | J | T | | | | | |
| 2. Auto Data Processing (X) | A | Dividend | J | T | | | | | |
| 3. Bank of America (X) | A | Dividend | J | T | | | | | |
| 4. Bank of NY M (X) | A | Dividend | J | T | | | | | |
| 5. Cardinal Health (X) | A | Dividend | J | T | | | | | |
| 6. Exxon Mobil (X) | A | Dividend | J | T | | | | | |
| 7. Hewlett-Packard (X) | A | Dividend | J | T | | | | | |
| 8. Honeywell International (X) | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson (X) | A | Dividend | J | T | | | | | |
| 10. JP Morgan Chase (X) | A | Dividend | J | T | | | | | |
| 11. New Jersey Resources (X) | A | Dividend | J | T | | | | | |
| 12. Nextera Energ (X) | A | Dividend | J | T | | | | | |
| 13. Proctor & Gamble (X) | A | Dividend | J | T | | | | | |
| 14. Progress Energy (X) | A | Dividend | J | T | | | | | |
| 15. Royal Bk of Scotland (X) | A | Dividend | J | T | | | | | |
| 16. Royal Dutch Shell B (X) | A | Dividend | J | T | | | | | |
| 17. Spectra Energy (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cohen & Steers Infrastructure Fund (X) | A | Dividend | J | T | | | | | |
| 19. Nuveen Mun Valve Fund (X) | A | Dividend | J | T | | | | | |
| 20. Nuveen OH Quality Income Municipal Fund (X) | A | Dividend | J | T | | | | | |
| 21. Blackrock Euro Fund Investor (X) | A | Dividend | J | T | | | | | |
| 22. SLM Corp Frn (X) | A | Interest | J | T | | | | | |
| 23. Schwab Cash and Money Market (X) | A | Interest | M | T | Buy | 12/10/10 | M | | |
| 24. Schwab Investor Checking | A | Interest | L | T | | | | | |
| 25. AT&T common | A | Dividend | J | T | | | | | |
| 26. Bristol Meyers common | A | Dividend | K | T | | | | | |
| 27. Coca Cola common | A | Dividend | K | T | | | | | |
| 28. Morgan Stanley Dean Witter common | A | Dividend | K | T | | | | | |
| 29. Ford common | A | Dividend | J | T | | | | | |
| 30. General Electric common | A | Dividend | K | T | | | | | |
| 31. BF Goodrich common | A | Dividend | J | T | | | | | |
| 32. Goodyear common | A | Dividend | J | T | | | | | |
| 33. Heinz common | A | Dividend | J | T | | | | | |
| 34. Home Depot common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Federated Department Stores common | A | Dividend | J | T | | | | | |
| 36. Merck common | A | Dividend | K | T | | | | | |
| 37. Nike common | A | Dividend | L | T | | | | | |
| 38. Liberty Media Corporation Class A | | None | J | T | | | | | |
| 39. WalMart common | A | Dividend | K | T | | | | | |
| 40. Putnam Global Equity | A | Dividend | K | T | | | | | |
| 41. Fidelity Ohio Tax Free | A | Interest | K | T | | | | | |
| 42. CREF stock-403(b) | A | Dividend | O | T | | | | | |
| 43. TIAA Annuity-403(b) | A | Interest | M | T | | | | | |
| 44. Ohio Savings Bank Accounts | B | Interest | L | T | | | | | |
| 45. DWS Schudder International Fund | A | Dividend | J | T | | | | | |
| 46. Vodaphone | A | Dividend | J | T | | | | | |
| 47. Pepsico | A | Dividend | L | T | | | | | |
| 48. Allstate | A | Dividend | K | T | | | | | |
| 49. Lucent Technology | A | Dividend | J | T | | | | | |
| 50. Tricontinental Global | A | Dividend | J | T | | | | | |
| 51. Citicorp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Resource Careers, Inc. 401K Vanguard 500 | A | Dividend | J | T | | | | | |
| 53. Cisco | | None | J | T | | | | | |
| 54. Zimmer | | None | J | T | | | | | |
| 55. Lowes | A | Dividend | J | T | | | | | |
| 56. Pfizer | A | Dividend | J | T | | | | | |
| 57. Medco Health | A | Interest | J | T | | | | | |
| 58. Comcast | A | Interest | J | T | | | | | |
| 59. Vanguard Intermediate Term Tax-Exempt Fund | A | Interest | K | T | | | | | |
| 60. Vanguard 500 Index | A | Dividend | K | T | | | | | |
| 61. Vanguard Small Cap Index | A | Dividend | K | T | | | | | |
| 62. Fidelity Balance | A | Dividend | K | T | | | | | |
| 63. Fidelity Caputal Appreciation | A | Dividend | K | T | | | | | |
| 64. T. Rowe Price Equity Income | B | Dividend | K | T | | | | | |
| 65. T. Rowe Price Retirement 20/20 | B | Dividend | K | T | | | | | |
| 66. Vanguard Total International Stock Fund | A | Dividend | K | T | | | | | |
| 67. Dollar Bank | A | Interest | L | T | Buy | 7/23/09 | L | | |
| 68. Metlife Bank | A | Interest | M | T | Buy | 11/30/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Ally Bank | A | Interest | M | T | Buy | 11/29/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts Section

As it is now:

67. Dollar Bank  A  Interest  L  T  Buy  7/23/09  L

As it should be:

67. Dollar Bank  A  Interest   Redeemed  10/6/09  L

___

As it is now:

68. Metlife Bank  A  Interest  M  L  Buy  11/30/09  M

As it should be:

68. Metlife Bank  A  Interest   Redeemed  11/30/10  M

___

As it is now:

69. Ally Bank  A  Interest  M  T  Buy  11/29/09  M

As it should be:

69. Ally Bank  A  Interest  L  T

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 9/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Solomon Oliver Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544